ACCEPTED
14-15-00212-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/24/2015 8:38:21 AM
CHRISTOPHER PRIN
CLERK

No. 14-15-00212-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 8:38:21 AM
CHRISTOPHER A. PRINE
Clerk

|  |  |  |
|---|---|---|
| IN THE ESTATE OF DORIS J. SIMON, OF INCAPACITATED APPELLANT | : : : | IN THE FOURTEENTH COURT OF APPEALS |
| vs | : | HARRIS COUNTY, TEXAS |
|  | : |  |
|  | : |  |
| JOELLEN SNOW, APPELLEE, ANGELA JOHNSON, APPELLEE and MICHAEL BOLTZ, JERRY SIMONEAUX and LAUREN BYRD | : : : : | |

No. 419,625-401

|  |  |  |
|---|---|---|
| IN THE ESTATE OF DORIS J. SIMON, INCAPACITATED | : : : | IN THE PROBATE COURT NUMBER ONE |
| vs MICHAEL BOLTZ, ANGELA JOHNSON, JOELLEN SNOW, JERRY SIMONEAUX & LAUREN BYRD | : : : | HARRIS COUNTY,TEXAS |

PLAINTIFF/APPELLANT'S FIRST AMENDED AND SUPPLEMENTAL
AFFIDAVIT OF ESTATE'S INDIGENCY

TO THE HONORABLE COURTS:

MORNA SIMON-McGUFFEY, Declarant, Guardian of the Estate of Doris J. Simon, aka Jean Simon, files this First Amended and Supplemental Affidavit of Indigency and declares:

THE STATE OF TEXAS     :

COUNTY OF HARRIS     :

1.     "My name is MORNA SIMON-McGUFFEY. I am over eighteen years of age, Guardian of the Estate of Doris J. Simon, of sound mind and fully advised and competent making this affidavit. I have read the foregoing and following First Amended and Supplemental Affidavit of Indigence. The facts stated in this Affdavit are within my personal knowledge and are true and correct. Verify the following:

2.     "The Estate of Doris J. Simon is pending under cause number 419-625 in Probate Court Number 1 of Harris County, Texas.

3.     "I, Morna Simon-McGuffey, as the legally appointed guardian of the Estate and, as Guardian of the Estate of Jean Simon, and on behalf of the Estate, declare that The Estate of Jean Simon is unable to pay court costs.

4.     "On February 25, 2015, Appellant filed its Notice of Appeal, and verified, ". . . as confirmed by the inventory [Morna Simon-McGuffey] filed as Guardian in

the Estate of Jean N. Simon on or about October, 2014, the Estate of Jean N. Simon is insolvent."

5. "As confirmed by the Inventory filed on or about October, 2014 in cause number 419-625, The Estate of Doris J. Simon, the Estate is insolvent.

6. 'Beginning on February 23 and continuing through February 25, 2015, Appellant filed its Notice of Appeal, which Notice contained the statement of Appellant's Indigency, ". . . as confirmed by the inventory I previously filed as Guardian in the Estate of Jean N. Simon on or about October, 2014, the Estate of Jean N. Simon is insolvent," which was filed simultaneously therewith. Inserting the Affidavit of Indigency into the Notice of Appeal was the most expedient course of action to verify the insolvency of the Estate of Doris J. Simon under the circumstances of undersigned temporary medical and physical incapapacity. The clerk suggested that an amended and supplemental affidavit be filed in a separate document .

7. "I declare and confirm that there are no funds with which to pay for the record on appeal.

8. "I declare and confirm that there are no funding sources available to the Estate of Doris J. Simon, no nature or amount of governmental entitlement income, no nature or amount of employment income, other income, (interest, dividends,

etc.), no spouse's income, no non-exempt property owned, no cash, no checking account, no dependents, several debts, but no regular; ie. monthly expenses.


Morna Simon-McGuffey, GDN,
Estate of Doris J. Simon

Sworn to and subscribed before me by Morna Simon-McGuffey on the 23rd day of March, 2015

Notary Public in and for the State of Texas

My commission expires: _____ 4- 27- 2018 _____

NOTARY PUBLIC
STATE OF TEXAS
PAMELA K MASSEY
My Commission Expires
April 27, 2018

Respectfully submitted,

Henry Clay McGuffey
P.O. Box P.O. Box 980593
Houston, Texas  77098-5804
5804 Fordham
Houston, Texas  77005
Texas State Bar No.  13661500
Tel.  713-855-5669
Fax:  713-583-2706
clay.mcguffey@yahoo.com
mcguffey@texas.net
Attorney for Morna Simon-McGuffey, Guardian for the Estate and Person of Doris J. Simon

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing are served on counsel of record for the parties on this 23rd day of March, 2015.

Henry Clay McGuffey